# *Notice Of Appearance*

September 10, 2003

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, ste 250
Buffalo, NY
14202-2501


The undersigned requests to be contacted for all future

Notice of Appearance in the following case:

## Case # 02-16904 K

Name of Debtor : Euro United Corporation


**Company requesting Notice of Appearance :**

George Schmidt
C/O Arrow Packaging
354 Fairview Drive,
Brantford, Ontario
Canada
N3R 2X8

519-754-1413



Sincerely,

George Schmidt



FILED
SEP 29
BANKRUPTCY COURT
BUFFALO, N.Y.