PROCEEDING MEMO

KAPLAN, U.S.B.J.

DATE: 12-15-03  CASE NO.: 02-16904  CHAPTER: 7
                         03-1130
IN RE: Euro United Corp (Delaware)

NATURE OF PROCEEDING: 9019 Settlement motion

RECORD AS TRIAL TIME 10:00 - 12:39

APPEARANCES: C. Schueller, W. Lawson, G. Schmidt, S. Harden, W. Thomas, M. Schlact, M. Wallach, A. Evcenko (in person); Leslie Plaskon, D. Galluzzi, R. Lock, P. Sheehan, H. Fisher, S. Bennett, A. Zappia (by phone)

OUTCOME: Compromise approved in accordance with conditions set forth in open court; order to be submitted

JUDGMENT/ORDER: _____ FILED IN COURT; _____ TO BE ENTERED BY COURT; _____ TO BE SUBMITTED BY: _____

ADJOURNED TO:

REPORTER: Sarty   TAPE: