UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:

      EURO UNITED            Case No. 02-16904K
      CORPORATION         Chapter 7
              Debtor

_____

## NOTICE OF OBJECTIONS TO CLAIMS

**MOVANT:**           Mark J. Schlant, as Trustee

**DATE, TIME AND
LOCATION OF HEARING:**    July 27, 2005; 10:00 a.m.
                United States Bankruptcy Court
                Olympic Towers
                300 Pearl Street, Suite 350
                Part I Courtroom, 3rd Floor
                Buffalo, New York 14202

**RELIEF REQUESTED:**     An Order disallowing or modifying certain claims as
                specified in the attached Objection to Claims, together with
                such other and further relief as the Court deems just and
                proper.

**SUPPORTING PAPERS:**    Objection to Claim dated June 22, 2005

Date:        June 22, 2005
           Buffalo, New York

                    Yours, Etc.

                    ZDARSKY, SAWICKI & AGOSTINELLI
                    Attorneys for the Trustee

                     s/ Mark J. Schlant_____
                    Mark J. Schlant
                    404 Cathedral Place
                    298 Main Street
                    Buffalo, New York 14202
                    (716) 855-3200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:

      EURO UNITED                     Case No. 02-16904K
      CORPORATION              Chapter 7
                Debtors

_____

## OBJECTION TO CLAIM

      Mark J. Schlant (the Trustee), by his attorneys, Zdarsky, Sawicki & Agostinelli, hereby respectfully represents:

      1.      The Trustee is the duly appointed, qualified and acting Chapter 7 trustee herein. The debtor in this case (the Debtor or Euro Delaware) is a Delaware corporation whose principal place of business was at 901 Fuhrmann Boulevard in Buffalo, New York. This case was filed by KPMG Inc., as Interim Receiver for a Canadian corporation named Euro United Corporation which owned the stock in this debtor on November 4, 2002.

      2.      Claim 40 was filed by George Schmidt, d/b/a Arrow Packaging, in the sum of $208,131.85. The proof of claim reflects that the amount of the claim is stated in Canadian dollars. In order to treat all creditors fairly and uniformly, it is submitted that it is appropriate to convert all claims filed here in Canadian dollars to U.S. dollars at the date of the filing of the bankruptcy petition herein, November 4, 2002. (The trustee has done this through earlier claim objections with respect to other claims filed herein in Canadian dollar denominations.) To perform this conversion, the trustee has obtained and used the conversion rate published by the Bank of Canada on its web site for November 4, 2002. This rate was 1.5543. Accordingly, in U.S. dollars, this claim should be allowed in the amount of $133,907.12.

**WHEREFORE,** the Trustee requests an Order that the claim described above be

modified or disallowed as requested above, together with such other and further relief as the

Court deems just and proper.

Date:       June 22, 2005
                  Buffalo, New York

                                         Yours, Etc.

                                         ZDARSKY, SAWICKI & AGOSTINELLI
                                         Attorneys for the Trustee

                                         _s/ Mark J. Schlant_____
                                         Mark J. Schlant
                                         404 Cathedral Place
                                         298 Main Street
                                         Buffalo, New York 14202
                                         (716) 855-3200