# Request for Information Change

September 19, 2005

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street Ste 250
Buffalo, NY
14202- 2501



This request is for an address change for George Schmidt c/o Arrow Packaging creditor #40 in case # 1-02-16904-mjk (Euro United Corp)
All correspondence should now be address to the new following address

George Schmidt
c/o of Arrow Packaging
24 Osborn Ave
Brantford, Ontario
Canada
N3T 6P9

519 754- 1413

Sincerely,

George Schmidt